IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENNIFER LYNN MAXWELL,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>      Defendant. | Case No. CIV-12-064-RAW-KEW |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On January 28, 2013, United States Magistrate Judge West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 19th day of February, 2013.

**Dated this 19th day of February, 2013.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma